**Petition for Writ of Mandamus Denied and Memorandum Opinion filed February 2, 2012.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-12-00046-CV

———————

## IN RE RICHARD CHUBA, Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**113th District Court**
**Trial Court Cause No. 2010-47535**
**Harris County, Texas**

## M E M O R A N D U M   O P I N I O N

On January 20, 2012, relator, a pro se inmate, filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221 (Vernon 2004); *see also* Tex. R. App. P. 52. In the petition, relator complains the Honorable John Donovan, presiding judge of the 113th District Court of Harris County, is not his performing ministerial duties.

Relator claims the trial court has refused "to acknowledge" any filings in his civil suit filed in that court and has refused to make any ruling. Relator has not provided this

court with copies of any motions on which he seeks a ruling.  It is relator's burden to provide this court with a record sufficient to establish his right to relief.  *Walker v. Packer*, 827 S.W.2d 833, 837 (Tex. 1992); Tex. R. App. P. 52.3(k), 52.7(a).

Relator has not established that he is entitled to mandamus relief.  Accordingly, we deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Frost, Brown, and Christopher.